**No. 46566.**—Protest 61832–K of De Boer & Livingston, Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the atomizers in question are the same as those the subject of Abstract 44140 they were held dutiable at 60 percent under paragraph 218 (f) as claimed.